9281

## HYATT v. MARION COUNTY LUMBER CO.

### (88 S. E. 136.)

ACTIONS FOR INJURIES TO REAL PROPERTY—VENUE.—*Pierce v. Marion County Lumber Co.*, 103 S. C. 261, 88 S. E. 135, followed.

Before RICE, J., Dillon, March, 1915.   Reversed.

Action by Clarkie Ann Hyatt against Marion County Lumber Company to recover damages for injuries to crops growing on lands in Dillion county, caused by the alleged acts of the defendant in obstructing a watercourse and thereby causing the waters to be backed upon said lands and preventing their natural drainage.   From order changing the venue, the plaintiff appeals.

*Messrs. Joe P. Lane, L. B. Haselden* and *J. A. Mace,* for appellant.

*Mr. M. C. Woods,* for respondent.

February 29, 1916.

The opinion of the Court was delivered by MR. CHIEF JUSTICE GARY.

This case was heard in connection with the case of J. B. Pierce, plaintiff-appellant, against Marion County Lumber Company, defendant-respondent, in which the opinion has just been filed. And, as the facts in the two cases are practically the same, the order in the present case is also reversed.